UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO JAVIER MACIAS,<br><br>Plaintiff<br><br>v.<br><br>LVMPD/CCDC et al.,<br><br>Defendants | Case No. 2:18-cv-02019-RFB-NJK<br><br>ORDER |

According to the Clark County Detention Center inmate database, Plaintiff is no longer at the address listed with the Court. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

The Court grants Plaintiff until September 25, 2019, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by September 25, 2019, the Court will dismiss this action without prejudice.

IT IS SO ORDERED.

DATED: August 26, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE